IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RALPH EMERON TAKEN ALIVE, II | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv506 |
| UNITED STATES OF AMERICA | § | |

### MEMORANDUM OPINION AND ORDER

Ralph Emeron Taken Alive, II, an inmate confined within the Bureau of Prisons, filed this lawsuit pursuant to the Federal Tort Claims Act ("FTCA").

### Analysis

Title 28 U.S.C. § 1402(b) provides that claims under the FTCA may be prosecuted only in the judicial district where the plaintiff resides or where the act or omission complained of occurred. Plaintiff complains of events that occurred while he was incarcerated at the United States Medical Center Federal Prison in Springfield, Missouri. At the time he filed his lawsuit, plaintiff was incarcerated at the United States Penitentiary in Beaumont, Texas. However, a prisoner does not change his residence by virtue of being incarcerated in a particular prison. *Moler v. Wells*, 18 F.4th 162, 166 (5th Cir. 2021). Instead, an incarcerated person resides in the district where he was legally domiciled before his incarceration. *Id*. A Declaration provided to the court by the defendant states that before his incarceration, plaintiff's legal residence was Bull Head, South Dakota (doc. no. 20-1 at 2). As plaintiff does not reside in the Eastern District of Texas, and the act or omission complained of did not occur here, venue is not proper in this court.

When a case is filed in the wrong division, the court "shall dismiss, or if it be in the interests of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). The court is of the opinion this matter should be transferred to the judicial district where the act or omission complained of occurred. Pursuant to 28 U.S.C. § 105(b)(5), that district is the Southern Division of the United States District Court for the Western District of Missouri.

## ORDER

For the reasons set forth above, it is **ORDERED** that this matter is transferred to the Southern Division of the United States District Court for the Western District of Missouri.

SIGNED this 1st day of January, 2026.

_____
Zack Hawthorn
United States Magistrate Judge